ADAM KARR (Cal. SB #212288)
akarr@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407

*Counsel for Defendants the Board of
Trustees of the California State University
and Vineeta Dhillon*

JOSEPH CANNIZZO JR.
(*Pro Hac Vice Application Forthcoming*)
jcannizzo@lentolawgroup.com
LENTO LAW GROUP, P.C.
1 Chase Corporate Center, Suite 400
Birmingham, AL 35244
Telephone:  (385) 485-0600
Facsimile:  (313) 992-1122

*Counsel for Plaintiff Eric Bagnall*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JAMES BAGNALL,<br>individually, and as Administrator of the<br>ESTATE OF CAMREN MCKAY BAGNALL,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA STATE UNIVERSITY<br>MARITIME, VINEETA DHILLON, LILLIAN<br>GREGG, JOHN DOES 1-10 (fictitious names),<br>and ABC ENTITIES 1-10 (fictitious entities),<br><br>Defendants. | Case No. 2:23-cv-01606-KJM-CKD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING DEADLINES FOR AMENDED COMPLAINT AND RESPONSIVE PLEADING**<br><br>Hon. Kimberly J. Mueller |

Defendants the Board of Trustees of the California State University ("CSU") and Vineeta Dhillon, together with Plaintiff Eric James Bagnall ("Plaintiff," and collectively with CSU and Dhillon, the "Parties") hereby enter into the following Stipulation:

WHEREAS, on February 8, 2023, Plaintiff filed his Complaint in the District of Connecticut and initiated the above-captioned action;

WHEREAS, on February 21, 2023, Plaintiff filed his Amended Complaint;

WHEREAS, although Plaintiff's Complaint and Amended Complaint name "California State University Maritime" as a defendant to this action, the California State University is governed by the Board of Trustees of the California State University, which is the only proper entity to be named in a civil suit;

WHEREAS, on July 21, 2023, the Parties filed a Stipulation and Proposed Order Transferring Action to Eastern District of California (the "July 21 Stipulation");[1]

WHEREAS, on July 24, 2023, the District of Connecticut ordered transfer of this action to the Eastern District of California, and on August 4, 2023, the action was transferred to this Court;

WHEREAS, Plaintiff intends to file a Second Amended Complaint now that the case has been transferred to this Court in order to correctly identify the Board of Trustees of the California State University as the proper defendant.

**WHEREFORE, IT IS HEREBY STIPULATED AND AGREED**, subject to the approval of the Court, that:

1.      Plaintiff's deadline to file a Second Amended Complaint is October 5, 2023; and

2.      The time for Defendants CSU and Dhillon to respond to the Second Amended Complaint is stayed until 30 days after Plaintiff files his Second Amended Complaint.

//

//

//

---

[1] In filing the July 21 Stipulation, CSU did not consent to suit in any federal court and expressly reserved all applicable defenses and immunities available to it, including, but not limited to, Eleventh Amendment immunity.

1    **IT IS SO STIPULATED AND AGREED.**

2

3    Dated:  August 17, 2023              Respectfully submitted,

4                                    By:   */s/ Adam Karr*

5                                          Adam Karr (SB #212288)
                                          O'MELVENY & MYERS LLP
6                                          400 South Hope Street, 18th Floor
                                          Los Angeles, CA 90071
7                                          T: (213) 430-6000
                                          F: (213) 430-6407
8                                          akarr@omm.com

9
                                          *Attorney for Defendants the Board of Trustees of the*
10                                         *California State University and Vineeta Dhillon*

11

12   Dated:  August 17, 2023   By:   */s/ Joseph Cannizzo Jr.* (as authorized on Aug. 17, 2023)

13                                          Joseph Cannizzo Jr.
                                          (*Pro Hac Vice Application Forthcoming*)
14                                         LENTO LAW GROUP, P.C.
                                          1 Chase Corporate Center, Suite 400
15                                         Birmingham, AL, 35244
                                          T: (385) 485-0600 | F: (313) 992-1122
16                                         jcannizzo@lentolawgroup.com

17                                         *Attorney for Plaintiff Eric Bagnall*

18

19   **IT IS SO ORDERED.**

20

21   Dated:   August 22, 2023.

22

23

24   _____
     CHIEF UNITED STATES DISTRICT JUDGE
25

26

27

28

                                                 JOINT STIP. AND ORDER SETTING
                                                 DEADLINES
                        - 3 -                     2:23-CV-01606-KJM-CKD