ADAM KARR (SB #212288)
akarr@omm.com
MARNI B. ROBINOW (SB #313412)
mrobinow@omm.com
STEPHANIE Y. FUNG (SB #324745)
sfung@omm.com
ANNA M. ROTROSEN (SB #341843)
arotrosen@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

*Counsel for Defendants the Board of Trustees of the California State University and Vineeta Dhillon*

JASON O. SIAS (SBN #279196)
SIAS LAW, INC.
1809 S Street, Suite 101-291
Sacramento, CA 95811
Telephone: (888) 958-5071
Facsimile: (888) 958-5072
jsias@siaslawinc.com

*Counsel for Plaintiff Eric Bagnall*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JAMES BAGNALL, individually, and as Administrator of the ESTATE OF CAMREN MCKAY BAGNALL,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA STATE UNIVERSITY MARITIME, VINEETA DHILLON, LILLIAN GREGG, JOHN DOES 1-10 (fictitious names), and ABC ENTITIES 1-10 (fictitious entities),<br><br>Defendants. | Case No. 2:23-cv-01606-KJM-CKD<br><br>**JOINT STATUS REPORT**<br><br>Hon. Kimberly J. Mueller<br><br>Trial Date: None Set |

Defendants the Board of Trustees of the California State University ("CSU") and Vineeta Dhillon ("Dhillon," and along with CSU, "Defendants"), together with Plaintiff Eric James Bagnall ("Plaintiff," and collectively with Defendants, the "Parties"), submit this Joint Status Report in accordance with this Court's Minutes for Motion Hearing and Scheduling Conference, Dkt. 59.

Subject to the Court's approval, counsel for Plaintiff Jason Sias intends to withdraw as counsel of record for Plaintiff, to be substituted by attorney John Schum (Bar No. 163376) of Lento Law Group, along with attorney Samuel Jackson of Lento Law Group, who will seek *pro hac vice* admission through Mr. Schum's sponsorship.  On July 25, 2024, counsel for the Parties along with Mr. Jackson met and conferred regarding the Court's instructions at the July 12, 2024, hearing on Defendants' Motion to Dismiss the Third Amended Complaint (the "Motion," Dkt. 51).  Plaintiff intends to take the position that further amendment of Plaintiff's Third Amendment Complaint would not be futile with respect to Plaintiff's federal claims, and counsel for Defendants stated that Defendants would oppose further amendment pursuant to the arguments in their Motion.  The Parties intend to file a Supplemental Joint Status Report once Mr. Jackson and Mr. Schum have obtained admission to the Eastern District of California and appeared in this action, but no later than two (2) weeks from today.

//
//
//
//
//
//
//
//
//
//
//


Dated: July 26, 2024           Respectfully submitted,

By: */s/ Adam Karr*

Adam Karr (SB #212288)
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
T: (213) 430-6000
F: (213) 430-6407
akarr@omm.com

*Attorney for Defendants the Board of Trustees of the California State University and Vineeta Dhillon*

Dated: July 26, 2024

By: */s/ Jason Sias*
(as authorized on July 26, 2024)
Jason O. Sias (SBN #279196)
SIAS LAW, INC.
1809 S Street, Suite 101-291
Sacramento, CA 95811
Telephone: (888) 958-5071
Facsimile: (888) 958-5072
Jsias@siaslawinc.com

*Attorney for Plaintiff Eric Bagnall*