## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**ERIC JAMES BAGNALL,**

v.

**CALIFORNIA STATE UNIVERSITY MARITIME, ET AL.,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **2:23−CV−01606−KJM−CKD**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 12/6/2024**

**Keith Holland**
Clerk of Court

ENTERED: **December 9, 2024**

by: /s/ V. Kyono
Deputy Clerk