**IN THE**

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ERIC JAMES BAGNALL,**<br>**individually, and as Administrator of the**<br>**ESTATE OF**<br>**CAMREN MCKAY BAGNALL** | |
| **Plaintiff,** | **Docket No.**<br><br>**2:23−CV−01606−KJM−CKD** |
| **V.** | . |
| **CALIFORNIA STATE UNIVERSITY**<br>**MARITIME, et. al.,** | |
| **Defendants.** | |

<u>**NOTICE OF APPEAL**</u>

Notice is hereby given that, plaintiff ERIC JAMES BAGNALL,

individually, and as Administrator of the ESTATE OF CAMREN MCKAY BAGNALL,

plaintiff in the above-captioned case, hereby appeal to the **UNITED STATES COURT OF**

**APPEALS FOR THE NINETH CIRCUIT**, from the Final Judgment entered by The

Honorable Kimberly J. Mueller, December 9, 2024.   (A copy of the Judgment,

Order/Decision, and Docket are attached.)

Respectfully Submitted,


DATED:        January 7, 2025            *s/ Mark N. Franklin, Esq.*
                                         MARK N. FRANKLIN
                                         FRANKLIN LAW OFFICE
                                         4444 Geary Boulevard, Suite #215
                                         San Francisco, CA 94118-3013
                                         Tel: (415) 682-4474
                                         Text: (628) 215-0474
                                         Fax: (888) 834-9620
                                         mark@franklinlawsf.com

                                         Counsel for Plaintiff


*Of Counsel*:

Lawrence A. Katz
Lento Law Group P.C.
1814 RT 70 STE 321
Cherry Hill , NJ 08003
P: (856) 652-2000  EXT 497
[DIAL EXTENSION DURING MESSAGE]
F: (856) 375-1010
Email:  lakatz@lentolawgroup.com

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on January 7, 2025, a copy of the foregoing Notice of Appeal was sent to all parties/counsel via the ECF System.

___s/ Mark N. Franklin, Esq._____
MARK N. FRANKLIN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**ERIC JAMES BAGNALL,**

          v.

CASE NO: **2:23–CV–01606–KJM–CKD**

**CALIFORNIA STATE UNIVERSITY
MARITIME, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 12/6/2024**

**Keith Holland**
Clerk of Court

ENTERED:  **December 9, 2024**

by:  /s/  V. Kyono
                   Deputy Clerk

# Exhibit "A"

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eric James Bagnall, individually, and as Administrator of the Estate of Camren McKay Bagnall, | No. 2:23-cv-01606-KJM-CKD |
| Plaintiff, | ORDER |
| v. | |
| California State University Maritime, et al., | |
| Defendants, | |

Defendants Board of Trustees of the California State University (CSU) and Vineeta Dhillon move to dismiss plaintiff's claims and plaintiff opposes or in the alternative requests leave to conduct discovery and amend his complaint. The court **grants** the motion to dismiss and **denies** the request for leave to amend.

## I.   BACKGROUND

Plaintiff Eric James Bagnall filed suit against defendants following the suicide of his son, Camren McKay Bagnall, while Camren was the subject of a Title IX investigation at CSU Maritime. As detailed in this court's previous order, *see* Prev. Order (March 12, 2024), ECF No. 49, Camren was a student at CSU Maritime. Third Am. Compl. (Compl.) ¶ 14, ECF No. 38. In or around September 2020, fellow student Lillian Gregg filed a Title IX complaint against

1

Exhibit "B"

1    Camren alleging sexual misconduct and sexual assault. *Id.* ¶¶ 4, 17, 26. Camren denied these

2    allegations. *Id.* ¶ 27.

3            Following Ms. Gregg's filing of the Title IX complaint, CSU's Title IX office initiated an

4    investigation. *Id.* ¶¶ 29, 32, 61, 69. Plaintiff alleges Camren suffered harassment and bullying

5    from his peers as news of the complaint spread. *Id.* ¶¶ 53–60. On February 8, 2021, Camren

6    committed suicide. *Id.* ¶¶ 1, 16.

7            On November 3, 2023, defendants moved this court to dismiss plaintiff's complaint for

8    failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). Prev. Mot. (November 3,

9    2023), ECF No. 39. The court granted defendants' November 3 motion in part and denied it in

10   part. *See generally* Prev. Order. The court also granted plaintiff leave to amend all claims except

11   his Title IX claim as to defendant Vineeta Dhillon, which the court dismissed without leave to

12   amend. *See id.* at 8. The court explicitly detailed the deficiencies plaintiff needed to correct to

13   survive a future motion to dismiss. *See generally id.* Plaintiff amended the complaint. *See*

14   *generally* Compl. Defendants move again to dismiss. Mot., ECF No. 51. The motion is fully

15   briefed, with plaintiff opposing dismissal or alternatively requesting discovery and a chance to

16   further amend. Opp'n, ECF No. 53; Reply, ECF No. 54.

17           The court held a hearing on this matter on July 12, 2024. *See* Mins. Mot. Hr'g, ECF No.

18   59. Jason Sias appeared for plaintiff and Adam Karr appeared for defendants. *Id.* At hearing,

19   plaintiff's counsel, who had only recently assumed primary responsibility for this matter,

20   requested an extension of time to determine whether plaintiff could further amend the complaint

21   if the court granted the motion to dismiss; defense counsel contended any amendment would be

22   an exercise in futility. *See id.* The court instructed the parties to meet and confer and file a joint

23   status report regarding whether the parties requested further argument, an opportunity to file

24   supplemental briefing, or further scheduling. *See id.* The parties filed their joint status report,

25   which stated plaintiff expected to retain new counsel who would contend on his behalf that a

26   fourth amendment would not be futile. *See generally* Joint Status Report (July 26, 2024), ECF

27   No. 60. New counsel then appeared for plaintiff, and the parties filed a supplemental joint status

28   report. *See* Min. Order (August 20, 2024), ECF No. 68; Suppl. Joint Status Report, ECF No. 67.

Exhibit "B"

1   Plaintiff's new counsel believes a fourth amendment would not be futile if the court grants the

2   motion to dismiss; defendants' counsel disagrees.  Given the substitution of plaintiff's attorney,

3   the court granted plaintiff leave to file a supplemental brief to support his request for leave to

4   amend.  *See* Min. Order.  Plaintiff filed his supplemental brief on November 13, 2024, while the

5   motion to dismiss remained pending.  Suppl. Brief, ECF No. 70.  On November 26, 2024,

6   defendants filed an unauthorized supplemental brief in opposition.  Suppl. Brief Opp'n, ECF

7   No. 74.  Because defendants did not seek court approval before filing their brief, the court does

8   not consider the brief in this order.

9        Plaintiff's supplemental brief proposes in an amended complaint to abandon all previous

10  state law claims, rehabilitate a Title IX claim against CSU by adding additional allegations of

11  background indicia of sex discrimination (claim VII), and introduce six new claims (new claims

12  II–VII).  *See generally id.*  Plaintiff's brief does not, however, concede the motion to dismiss

13  should be granted.  *Id.*  This court previously dismissed the Title IX claim (claim VII) for

14  "tortious conduct of defendants John Does 1–10 and ABC Entities 1–10" with prejudice and

15  without leave to amend as to defendant Dhillon but with leave to amend as to CSU.  Prev. Order

16  (Mar. 12, 2024) at 2, 8.  Plaintiff's new proposed claims include a Title IX claim against

17  defendants[1] alleging sex discrimination, procedural due process and equal protection claims and

18  unconstitutional failure to train and supervise claims.  *See* Suppl. Brief at 4–5.

19  **II.   LEGAL STANDARDS**

20       **A.   Motion to Dismiss**

21       As explained in detail in this court's earlier order, a party may move to dismiss for

22  "failure to state a claim upon which relief can be granted."  Fed. R. Civ. P. 12(b)(6).  In response,

23  the court begins by assuming the complaint's factual allegations are true, but not its legal

---

[1] Plaintiff's brief offers no clarity regarding which defendants he intends to bring the new proposed claims against.  The court's previous orders explained that "Title IX does not create a private right of action against school officials, teachers, and other individuals who are not direct recipients of federal funding."  *Al-Rifai v. Willows Unified Sch. Dist.*, 469 F. App'x 647, 649 (9th Cir. 2012) (citation omitted).  As such, the court construes plaintiff's proposed amendments to not include Title IX claims against Dhillon or any other individual.

3

Exhibit "B"

1  conclusions. *Ashcroft v. Iqbal*, 556 U.S. 662, 678–79 (2009) (citing *Bell Atl. Corp. v. Twombly*,

2  550 U.S. 544, 555 (2007)).  The court then determines whether those factual allegations

3  "plausibly give rise to an entitlement to relief" under Rule 8.  *Id.* at 679.  This evaluation of

4  plausibility is a context-specific task drawing on "judicial experience and common sense."  *Id.*

5       **B.**    **Leave to Amend**

6       Federal Rule of Civil Procedure 15(a)(2) provides, "[t]he court should freely give leave

7  [to amend its pleading] when justice so requires," and the Ninth Circuit has "stressed Rule 15's

8  policy of favoring amendments."  *Ascon Properties, Inc. v. Mobil Oil Co.,* 866 F.2d 1149, 1160

9  (9th Cir.1989).  "In exercising its discretion [regarding granting or denying leave to amend] 'a

10  court must be guided by the underlying purpose of Rule 15—to facilitate decision on the merits

11  rather than on the pleadings or technicalities.'"  *DCD Programs, Ltd. v. Leighton,* 833 F.2d 183,

12  185–86 (9th Cir. 1987) (quoting *United States v. Webb,* 655 F.2d 977, 979 (9th Cir. 1981)).

13  However, "the liberality in granting leave to amend is subject to several limitations.  Leave need

14  not be granted where the amendment of the complaint would cause the opposing party undue

15  prejudice, is sought in bad faith, constitutes an exercise in futility, or creates undue delay."  *Ascon*

16  *Properties,* 866 F.2d at 1160 (internal citations omitted).

17       Not all the factors merit equal weight, and prejudice to the opposing party carries the

18  greatest weight.  *Eminence Capital, LLC v. Aspeon, Inc.,* 316 F.3d 1048, 1052 (9th Cir. 2003).

19  Generally, additional claims result in prejudice to a defendant when plaintiff has substantially

20  delayed requesting leave to amend.  *See, e.g., United States v. Pend Oreille Public Utility Dist.*

21  *No. 1,* 28 F.3d 1544, 1522–53 (9th Cir. 1994); *Morongo Band of Mission Indians v. Rose,*

22  893 F.2d 1074, 1079 (9th Cir. 1990).  In addition, a court should look to whether plaintiff has

23  previously amended the complaint, as the court's "discretion is especially broad 'where the court

24  has already given plaintiff one or more opportunities to amend [its] complaint.'"  *Ascon*, 866 F.2d

25  at 1161 (quoting *Leighton,* 833 F.2d at 186 n.3).  While the court's discretion is broad, it is

26  ultimately the non-movant's burden to show leave to amend should be denied.  *See Leighton*,

27  833 F.2d at 187.

4

Exhibit "B"

## III.   ANALYSIS

### A.   Motion to Dismiss

Defendant moves to dismiss plaintiff's third amended complaint for failure to state a claim under Federal Rule 12(b)(6).  *See* Mot.  To succeed on his state law claims, plaintiff must allege compliance with the claim presentation requirement of the California Government Claims Act. *See Gen. Sec. Servs. Corp. v. Cnty. of Fresno*, 815 F. Supp. 2d 1123, 1131 (E.D. Cal. 2011); Cal. Gov't Code §§ 911.2, 945.4.  Plaintiff does not allege compliance and concedes he did not comply in his opposition.  *See generally* Compl.; Opp'n at 11.  Plaintiff does not seek to amend these state law claims.  *Id.*  Plaintiff's state law claims (claims I–IV) are therefore **dismissed**.

Plaintiff also fails to state a claim under Title IX.  Plaintiff alleges no background indicia of sex discrimination in combination with specific information about plaintiff's Title IX disciplinary case and investigation.  *See, e.g.*, *Doe*, 23 F.4th at 936.  Plaintiff concedes as much in opposition and his supplemental briefing.  *See generally* Compl.; *see* Opp'n at 6.  Plaintiff's remaining Title IX claims against CSU are therefore **dismissed**.

### B.   Leave to Amend

Turning, then, to plaintiff's request for leave to amend, the court proceeds with an analysis of the factors outlined in Federal Rule of Civil Procedure 15(a): bad faith, prejudice, undue delay and futility.  *See Foman v. Davis,* 371 U.S. 178, 182 (1962).  Plaintiff addresses only futility, disposing of the other factors by stating "there has been no bad faith, undue delay, or undue prejudice."  *See* Suppl. Brief. at 2.  While the court accepts that there is no evidence plaintiff's motion to amend is sought in bad faith, it cannot as quickly dispose of the question whether an amendment would cause undue delay and prejudice to defendants.

### 1.   Prejudice & Undue Delay

In evaluating prejudice—the factor carrying the most weight in a 15(a) analysis—the court finds defendants are likely to be prejudiced by granting leave to amend as plaintiff proposes. Moreover, the court finds plaintiff's failure to assert his new claims in any of his three previous amended complaints constitutes undue delay despite plaintiff's substitution of counsel.  *See, e.g.*, *Melbye v. Accelerated Payment Techs., Inc.*, No. 10-CV-2040-IEG JMA, 2011 WL

Exhibit "B"

1   6754088, at *2 (S.D. Cal. 2011) (declining to find plaintiff's substitution of counsel demonstrated

2   requisite "good cause" necessary to justify leave to amend).

3          Plaintiff's proposal to add six new federal claims for the first time would likely alter the

4   nature of the litigation and require a new defense strategy.  Plaintiff's proposal to pursue multiple

5   claims under 42 U.S.C. § 1983 is a significant departure from the initial complaint, which focused

6   primarily on state law claims and a single federal claim under Title IX.  *See* Suppl. Brief at 4–5.

7   This pivot is not necessarily fatal but does cut against granting leave to amend.  *See, e.g.*, *Rose*,

8   893 F.2d at 1079 (considering addition of new claims to "enter[] into the balance," despite "not

9   [being] fatal to amendment").

10         Beyond prejudice, plaintiff's proposed amendment would cause undue delay.  While Rule

11  15 is "applied with extreme liberality," *id.*, the court cannot continue to delay this proceeding

12  unduly.  Plaintiff does not explain—or even acknowledge—why these claims were not previously

13  asserted.  Considering this court granted plaintiff multiple opportunities to amend previously and

14  plaintiff has provided no explanation for not asserting proposed new claims I through VI earlier,

15  granting further leave to add entirely new federal claims would run afoul of the undue burden and

16  prejudice factors of Rule 15.

17              **2.    Futility**

18         Finally, the court must consider whether plaintiff's proposed amendment of his previously

19  asserted Title IX claim would be an "exercise in futility."  *Foman*, 371 U.S. at 182.  The court

20  evaluates futility by evaluating whether the amended complaint would constitute a valid and

21  sufficient pleading.  *Sweaney v. Ada County, Idaho*, 119 F.3d 1385, 1393 (9th Cir. 1997).

22  Evaluating plaintiff's proposed rehabilitation of his Title IX claim against CSU, the court bears in

23  mind he "must plead that: (1) the defendant educational institution[] receives federal funding;

24  (2) the plaintiff was excluded from participation in, denied the benefits of, or subjected to

25  discrimination under any education program or activity, and (3) the latter occurred on the basis of

26  sex."  *Schwake v. Arizona Bd. of Regents*, 967 F.3d 940, 946 (9th Cir. 2020).  The court

27  previously explained plaintiff's Title IX claim failed because it included no allegations of the sort

28  the court discussed in *Schwake*, such as general pressures against the university to pursue Title IX

Exhibit "B"

1   investigations, trends of disciplinary proceedings being consistently decided against male

2   respondents or any other similar patterns or practice of sex discrimination.  *See generally* Compl.

3   With regard to the disciplinary case against plaintiff's son, the court previously explained plaintiff

4   failed to plead an atmosphere of bias against his son or evidence of a one-sided investigation.

5          Plaintiff's proposed amendments are based on audits by the Institutional Response Group

6   examining the CSU Title IX system.  *See* Suppl. Brief at 3.  The internal audits suggest the CSU

7   Title IX system lacked sufficient infrastructure, which hindered trust among students.  *Id.*  These

8   audits do not, however, show the indicia of sex discrimination against males that plaintiff asserts.

9   Moreover, the audits contain no information to support plaintiff's assertion of procedural

10  irregularities in Camren's case.  Plaintiff's proposed new allegations fall short of what is

11  necessary to state a claim.

12         Plaintiff's request for leave to amend his Title IX claim and to add proposed new claims

13  II–VII is **denied**.

14  **IV.    CONCLUSION**

15         The motion to dismiss is **granted.**  Plaintiff's request for leave to amend is **denied.**  All

16  dates and deadlines are **vacated**.  The clerk of court is directed to **close** this case.

17         This order resolves ECF No. 51.

18         IT IS SO ORDERED.

19  DATED:  December 6, 2024.

_____
SENIOR UNITED STATES DISTRICT JUDGE

Exhibit "B"

Query    Reports    Utilities    Help    Log Out

CIVIL,CLOSED

# U.S. District Court
## Eastern District of California - Live System (Sacramento)
### CIVIL DOCKET FOR CASE #: 2:23-cv-01606-KJM-CKD

| | |
|---|---|
| Bagnall v. CSU Maritime et al | Date Filed: 08/04/2023 |
| Assigned to: Senior District Judg Kimberly J. Mueller | Date Terminated: 12/09/2024 |
| Referred to: Magistrate Judge Carolyn K. Delaney | Jury Demand: Plaintiff |
| Case in other court: Connecticut, 3:23-cv-00159 | Nature of Suit: 448 Civil Rights: Education |
| Cause: 28:1331 Fed. Question | Jurisdiction: Federal Question |

**Plaintiff**

**Eric James Bagnall**                                              represented by   **John Matthew Schum**
*individually, and as Administrator of the*                                        Lento Law Group
*Estate of Camren McKay Bagnall*                                                    1814 RT 70
                                                                                    Ste 321
                                                                                    Cherry Hill, NJ 08003
                                                                                    856-652-2000
                                                                                    Fax: 856-677-9083
                                                                                    Email: jschum@lentolawgroup.com
                                                                                    *LEAD ATTORNEY*
                                                                                    *ATTORNEY TO BE NOTICED*

                                                                                    **Jason Obra Sias**
                                                                                    Sias Law, Inc.
                                                                                    1809 S Street
                                                                                    Ste 101-291
                                                                                    Sacramento, CA 95811
                                                                                    888-958-5071
                                                                                    Fax: 888-958-5072
                                                                                    Email: jsias@siaslawinc.com
                                                                                    *TERMINATED: 08/20/2024*

                                                                                    **Jonathan Daniel Evans**
                                                                                    Law Firm of Jonathan D. Evans
                                                                                    155 N. Lake Avenue
                                                                                    Suite 800
                                                                                    Pasadena, CA 91101
                                                                                    323-515-9981
                                                                                    Fax: 323-576-4567
                                                                                    Email: evansatlaw@gmail.com
                                                                                    *ATTORNEY TO BE NOTICED*

                                                                                    **Joseph Cannizzo, Jr. , PHV**
                                                                                    Lento Law Group, P.C.
                                                                                    Chase Corporate Center
                                                                                    1 Chase Corporate Center, Suite 400
                                                                                    Birmingham, AL 35244

Exhibit "C"

856-725-3699
Fax: 313-992-1122
Email: joseph.cannizzo.jr@gmail.com
*TERMINATED: 07/10/2024*
*PRO HAC VICE*

V.

**Defendant**

**California State University Maritime**          represented by    **Adam J. Karr**
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071
213-430-6516
Fax: 213-430-6407
Email: akarr@omm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leah Godesky , NCAED**
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
212-326-2000
*TERMINATED: 08/21/2023*

**Defendant**

**Vineeta Dhillon**          represented by    **Adam J. Karr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marni B. Robinow**
O'Melveny & Myers LLP
400 South Hope Street
#1950
Los Angeles, CA 90071
213-430-6000
Fax: 213-430-6407
Email: mrobinow@omm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leah Godesky , NCAED**
(See above for address)
*TERMINATED: 08/21/2023*

**Defendant**

**Lillian Gregg**
*TERMINATED: 10/04/2023*

**Defendant**

Exhibit "C"

1/6/25, 2:21 PM

Case 2:23-cv-01606-KJM-CKD   Document 77   Filed 01/07/25   Page 14 of 21
LIVE 1.7.1.1 NEXTGEN CM/ECF - U.S. District Court for Eastern California

| | |
|---|---|
| **Board of Trustees of the California State University** | represented by **Adam J. Karr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Marni B. Robinow**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/08/2023 | 1 | COMPLAINT against All Defendants ( Filing fee $402 receipt number ACTDC-7230010.), filed by Eric James Bagnall, The Estate of Camren Mckay Bagnall. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(O'Neill, Ryan) [Transferred from ctd on 8/4/2023.] (Entered: 02/08/2023) |
| 02/08/2023 | | Request for Clerk to issue summons as to All Defendants. (O'Neill, Ryan) [Transferred from ctd on 8/4/2023.] (Entered: 02/08/2023) |
| 02/08/2023 | 2 | Notice: Pursuant to Federal Rule of Civil Procedure 7.1, any nongovernmental corporate party must electronically file a disclosure statement that identifies any parent corporation and any publicly held corporation owning 10% or more of its stock or states that there is no such corporation. Such disclosure statement must be filed with a party's first appearance, pleading, petition, motion, response, or other request addressed to the Court and must be supplemented if any required information changes during the case.<br>Signed by Clerk on 2/8/2023.(Perez, J.) [Transferred from ctd on 8/4/2023.] (Entered: 02/09/2023) |
| 02/08/2023 | | Judge Kari A. Dooley and Judge Maria E. Garcia added. (Freberg, B) [Transferred from ctd on 8/4/2023.] (Entered: 02/09/2023) |
| 02/08/2023 | 3 | Order on Pretrial Deadlines: Amended Pleadings due by 4/10/2023 Discovery due by 8/11/2023 Dispositive Motions due by 9/15/2023<br>Signed by Clerk on 2/8/2023. (Fanelle, N.) [Transferred from ctd on 8/4/2023.] (Entered: 02/09/2023) |
| 02/08/2023 | 4 | ELECTRONIC FILING ORDER FOR COUNSEL - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER<br>Signed by Judge Kari A. Dooley on 2/8/2023. (Fanelle, N.) [Transferred from ctd on 8/4/2023.] (Entered: 02/09/2023) |
| 02/08/2023 | 5 | STANDING PROTECTIVE ORDER<br>Signed by Judge Kari A. Dooley on 2/8/2023. (Fanelle, N.) [Transferred from ctd on 8/4/2023.] (Entered: 02/09/2023) |
| 02/09/2023 | 6 | NOTICE TO COUNSEL/SELF-REPRESENTED PARTIES : Counsel or self-represented parties initiating or removing this action are responsible for serving all parties with attached documents and copies of 5 Protective Order, 1 Complaint filed by Eric James Bagnall, 3 Order on Pretrial Deadlines, 2 Notice re: Disclosure Statement,, 4 Electronic Filing Order.<br>Signed by Clerk on 2/9/2023. (Fanelle, N.) [Transferred from ctd on 8/4/2023.] (Entered: 02/09/2023) |
| 02/09/2023 | 7 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *California State University Maritime, Vineeta Dhillon, Lillian Gregg* with answer to |

Exhibit "C"

| | | |
|---|---|---|
| | | complaint due within *21* days. Attorney *Ryan A O'Neill* *Law Offices of Mark Sherman, LLC* *29 Fifth Street* *Stamford, CT 06905*. (Fanelle, N.) Modified on 2/9/2023 to remove John Doe and ABC Entities parties. (Fanelle, N.) (Additional attachment(s) added on 2/9/2023: # 2 Replacement pdf.) (Fanelle, N.) [Transferred from ctd on 8/4/2023.] (Entered: 02/09/2023) |
| 02/09/2023 | | Docket Entry Correction re 7 Electronic Summons Issued. Removed John Does and ABC Entities parties from summons. (Fanelle, N.) [Transferred from ctd on 8/4/2023.] (Entered: 02/09/2023) |
| 02/09/2023 | 8 | MOTION for Attorney(s) Joseph Cannizzo Jr. to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-7231841) by Eric James Bagnall. (Attachments: # 1 Affidavit of Joseph Cannizzo Jr., Esq., # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order Proposed Order for Motion)(O'Neill, Ryan) [Transferred from ctd on 8/4/2023.] (Entered: 02/09/2023) |
| 02/10/2023 | 9 | ORDER granting 8 Motion to Appear Pro Hac Vice for Attorney Joseph Cannizzo Jr. Signed by Clerk on 2/10/2023. (Fanelle, N.) [Transferred from ctd on 8/4/2023.] (Entered: 02/10/2023) |
| 02/21/2023 | 10 | AMENDED COMPLAINT against All Defendants, filed by Eric James Bagnall. (Attachments: # 1 Exhibit Exhibit A to Complaint, # 2 Exhibit Exhibit B to Complaint) (O'Neill, Ryan) [Transferred from ctd on 8/4/2023.] (Entered: 02/21/2023) |
| 03/14/2023 | 11 | Summons Returned Unexecuted by Eric James Bagnall as to Vineeta Dhillon. (O'Neill, Ryan) [Transferred from ctd on 8/4/2023.] (Entered: 03/14/2023) |
| 03/17/2023 | 12 | SUMMONS Returned Executed by Eric James Bagnall. California State University Maritime served on 2/21/2023, answer due 3/14/2023. (O'Neill, Ryan) [Transferred from ctd on 8/4/2023.] (Entered: 03/17/2023) |
| 05/03/2023 | 13 | WAIVER OF SERVICE Returned Executed as to California State University Maritime waiver sent on 3/20/2023, answer due 5/19/2023 filed by Eric James Bagnall. (O'Neill, Ryan) [Transferred from ctd on 8/4/2023.] (Entered: 05/03/2023) |
| 05/03/2023 | 14 | WAIVER OF SERVICE Returned Executed as to Vineeta Dhillon waiver sent on 3/20/2023, answer due 5/19/2023 filed by Eric James Bagnall. (O'Neill, Ryan) [Transferred from ctd on 8/4/2023.] (Entered: 05/03/2023) |
| 05/04/2023 | 15 | MOTION for Attorney(s) Liwaa Eyada to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-7335873) by Eric James Bagnall. (Attachments: # 1 Affidavit of Liwaa Eyada, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order) (O'Neill, Ryan) [Transferred from ctd on 8/4/2023.] (Entered: 05/04/2023) |
| 05/05/2023 | 16 | ORDER granting 15 Motion to Appear Pro Hac Vice for Attorney Liwaa Eyada. Signed by Clerk on 5/2/2023. (Fanelle, N.) [Transferred from ctd on 8/4/2023.] (Entered: 05/05/2023) |
| 05/12/2023 | 17 | Joint STIPULATION *AND [PROPOSED] ORDER TO EXTEND DEFENDANTS DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT* by California State University Maritime, Vineeta Dhillon. (Godesky, Leah) [Transferred from ctd on 8/4/2023.] (Entered: 05/12/2023) |
| 05/15/2023 | 18 | ORDER RE: STIPULATION. The parties filed a Stipulation by which Defendants' deadline to respond to the Complaint was purportedly extended. (ECF No. 17 ). Local Rule 7(b) requires that a party seeking an extension of any court deadline must file a motion seeking the same. Accordingly, the Court construes the Stipulation as a motion on consent. As construed, the motion is GRANTED. Defendants shall respond to the Complaint **on or before June 19, 2023.** |

Exhibit "C"

| | | |
|---|---|---|
| | | Signed by Judge Kari A. Dooley on 5/15/2023. (Stamegna, Ashley) [Transferred from ctd on 8/4/2023.] (Entered: 05/15/2023) |
| 05/15/2023 | 19 | ORDER. Counsel for the Defendants, Attorney Godesky has not filed an appearance as required under Local Rule 5(b). She is directed to do so forthwith. <br><br> Signed by Judge Kari A. Dooley on 5/15/2023. (Stamegna, Ashley) [Transferred from ctd on 8/4/2023.] (Entered: 05/15/2023) |
| 05/15/2023 | 20 | NOTICE of Appearance by Leah Godesky on behalf of California State University Maritime, Vineeta Dhillon (Godesky, Leah) [Transferred from ctd on 8/4/2023.] (Entered: 05/15/2023) |
| 05/15/2023 | | Answer deadline updated for California State University Maritime to 6/19/2023; Vineeta Dhillon to 6/19/2023. (Gould, K.) [Transferred from ctd on 8/4/2023.] (Entered: 05/25/2023) |
| 06/13/2023 | 21 | MOTION for Attorney(s) Adam Karr to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-7380867) by California State University Maritime, Vineeta Dhillon. (Godesky, Leah) [Transferred from ctd on 8/4/2023.] (Entered: 06/13/2023) |
| 06/13/2023 | 22 | MOTION for Attorney(s) Marni B. Robinow to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-7380870) by California State University Maritime, Vineeta Dhillon. (Godesky, Leah) [Transferred from ctd on 8/4/2023.] (Entered: 06/13/2023) |
| 06/14/2023 | 23 | ORDER denying without prejudice 21 Motion to be Admitted Pro Hac Vice; denying without prejudice 22 Motion to be Admitted Pro Hac Vice. The motions fail to comply with Local Rule 83.1(c). The motions may be refiled in compliance with Local Rule 83.1(c). Signed by Judge Kari A. Dooley on 6/14/2023. (Gould, K.) [Transferred from ctd on 8/4/2023.] (Entered: 06/14/2023) |
| 06/16/2023 | 24 | MOTION to Dismiss *or, in the Alternative, to Transfer Venue* by California State University Maritime, Vineeta Dhillon.Responses due by 7/7/2023 (Attachments: # 1 Memorandum in Support of Defendants the Board of Trustees of the California State University and Vineeta Dhillon's Motion to Dismiss or, in the Alternative, to Transfer Venue, # 2 Declaration of Vineeta Didllon in Support of defendants the Board of Trustees of the California State University and Vineeta Didllon's Motion to Dismiss or, in the Alternative, to Transfer Venue, # 3 Declaration of April Grommo in Support of Defendants the Board of Trustees of the California State University and Vineeta Dhillon's Motion to Dismiss or, in the Alternative, to Transfer Venue, # 4 Text of Proposed Order Granting Defendants, the Board of Trustees of the California State University and Vineeta Dhillon's Motion to Dismiss Or, in the Alternative, to Transfer Venue)(Godesky, Leah) [Transferred from ctd on 8/4/2023.] (Entered: 06/16/2023) |
| 07/07/2023 | 25 | NOTICE of Appearance by Joseph Cannizzo, Jr on behalf of Eric James Bagnall (Cannizzo, Joseph) [Transferred from ctd on 8/4/2023.] (Entered: 07/07/2023) |
| 07/08/2023 | 26 | RESPONSE re 24 MOTION to Dismiss *or, in the Alternative, to Transfer Venue* by Eric James Bagnall. (Attachments: # 1 Exhibit Emails Regarding Stipulation)(Cannizzo, Joseph) [Transferred from ctd on 8/4/2023.] (Entered: 07/08/2023) |
| 07/21/2023 | 27 | STIPULATION *and Proposed Order Transferring Action to Eastern District of California* by California State University Maritime, Vineeta Dhillon. (Godesky, Leah) [Transferred from ctd on 8/4/2023.] (Entered: 07/21/2023) |
| 07/24/2023 | 28 | ORDER granting on consent 24 Motion to Transfer Venue. The Court agrees with the parties that venue for this matter is proper in the Eastern District of California. *See* 28 U.S.C. § 1404(a). The Clerk of the Court is directed to transfer this case to the Eastern |

Exhibit "C"

| | | |
|---|---|---|
| | | District of California. The Court leaves to the transferee Court any proposed deadlines for the filing of a Second Amended Complaint by Plaintiff or response thereto by Defendant.<br><br>Signed by Judge Kari A. Dooley on 7/24/2023. (Stamegna, Ashley) [Transferred from ctd on 8/4/2023.] (Entered: 07/24/2023) |
| 07/24/2023 | 29 | NOTICE by Lillian Gregg (Peirce, Robert) [Transferred from ctd on 8/4/2023.] (Entered: 07/24/2023) |
| 07/28/2023 | | JUDICIAL PROCEEDINGS SURVEY - FOR COUNSEL ONLY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link:<br><br>https://ecf.ctd.uscourts.gov/cgi-bin/Dispatch.pl?survey<br>(Fanelle, N.) [Transferred from ctd on 8/4/2023.] (Entered: 07/28/2023) |
| 08/04/2023 | 30 | CASE TRANSFERRED IN from District of Connecticut; Case Number 3:23-cv-00159. (Entered: 08/04/2023) |
| 08/04/2023 | 31 | CIVIL NEW CASE DOCUMENTS ISSUED: **Initial Scheduling Conference set for 11/30/2023 at 02:30 PM in Courtroom 3 (KJM) before Chief District Judge Kimberly J. Mueller**. (Attachments: # 1 Standing Order, # 2 Consent Form, # 3 VDRP) (Rivera, O) (Entered: 08/04/2023) |
| 08/04/2023 | 32 | CLERK'S NOTICE directing Attorneys **Ryan A O'Neill**, **Joseph Cannizzo**, and **Leah Godesky** to submit Petition to Practice in the Eastern District of California or Pro Hac Vice Application. Counsel is directed to submit Petition to Practice in the Eastern District of California through PACER. (Rivera, O) (Entered: 08/04/2023) |
| 08/18/2023 | 33 | STIPULATION and PROPOSED ORDER for Setting Deadlines for Amended Complaint and Responsive Pleading by Vineeta Dhillon, Board of Trustees of the California State University. Attorney Karr, Adam J. added. (Karr, Adam) (Entered: 08/18/2023) |
| 08/21/2023 | 34 | NOTICE of Change in Counsel by Board of Trustees of the California State University, Vineeta Dhillon. (Karr, Adam) (Entered: 08/21/2023) |
| 08/22/2023 | 35 | CERTIFICATE / PROOF of SERVICE by Board of Trustees of the California State University, Vineeta Dhillon re 34 Notice - Other. (Karr, Adam) (Entered: 08/22/2023) |
| 08/22/2023 | 36 | STIPULATION and ORDER signed by Chief District Judge Kimberly J. Mueller on 8/22/23 ORDERING that Plaintiff's deadline to file a Second Amended Complaint is 10/5/23. The time for Defendants CSU and Dhillon to respond to the Second Amended Complaint is stayed until 30 days after Plaintiff files his Second Amended Complaint. (Kastilahn, A) (Entered: 08/22/2023) |
| 08/22/2023 | | SERVICE BY MAIL: 36 Stipulation and Order served on Joseph Cannizzo NCAED. (Kastilahn, A) (Entered: 08/22/2023) |
| 10/04/2023 | 37 | ASSOCIATION of ATTORNEY: (Sias, Jason) (Entered: 10/04/2023) |
| 10/04/2023 | 38 | SECOND AMENDED COMPLAINT against Board of Trustees of the California State University, Vineeta Dhillon by Eric James Bagnall. Attorney Sias, Jason Obra added.(Sias, Jason) (Entered: 10/04/2023) |

Exhibit "C"

| 11/03/2023 | 39 | MOTION to DISMISS by Defendants. Motion Hearing SET for 1/26/2024 at 10:00 AM in Courtroom 3 (KJM) before Chief District Judge Kimberly J. Mueller. (Attachments: # 1 Memorandum Of Points And Authorities, # 2 Affidavit Of Adam Karr)(Karr, Adam) Modified on 11/6/2023 (Mena-Sanchez, L). (Entered: 11/03/2023) |
|---|---|---|
| 11/07/2023 | 40 | MINUTE ORDER issued by Courtroom Deputy C. Schultz for Chief District Judge Kimberly J. Mueller on 11/7/2023: On the court's own motion, the Status (Pretrial Scheduling) Conference set for 11/30/2023 is RESET for 1/26/2024 at 10:00 AM in Courtroom 3 before Chief District Judge Kimberly J. Mueller, with the filing of a Joint Status Report due fourteen (14) days prior. (Text Only Entry) (Schultz, C) (Entered: 11/07/2023) |
| 11/20/2023 | 41 | OPPOSITION by Eric James Bagnall to 39 Motion to Dismiss,. (Cannizzo, Joseph) (Entered: 11/20/2023) |
| 11/22/2023 | 42 | NOTICE of ERRATA by Eric James Bagnall re 41 Opposition to Motion.. (Sias, Jason) (Entered: 11/22/2023) |
| 11/22/2023 | 43 | OPPOSITION by Eric James Bagnall to 39 Motion to Dismiss,. (Sias, Jason) (Entered: 11/22/2023) |
| 11/30/2023 | 44 | REPLY in Support to 39 Motion to Dismiss by Board of Trustees of the California State University, Vineeta Dhillon . (Karr, Adam) Modified on 12/1/2023 (Licea Chavez, V). (Entered: 11/30/2023) |
| 01/12/2024 | 45 | JOINT STATUS REPORT by Board of Trustees of the California State University, Vineeta Dhillon. (Karr, Adam) (Entered: 01/12/2024) |
| 01/17/2024 | 46 | MINUTE ORDER issued by Courtroom Deputy C. Schultz for Chief District Judge Kimberly J. Mueller on 1/17/2024: On the court's own motion and pursuant to Local Rule 230(g), Defendants' Motion to Dismiss, ECF No. 39 , is SUBMITTED without oral argument. Accordingly, the Motion Hearing set for 1/26/2024 is VACATED. If the court determines that oral argument is needed, it will be scheduled at a later date. It is FURTHER ORDERED that the Status (Pretrial Scheduling) Conference set for 1/26/2024 is RESET for 3/14/2024 at 2:30 PM before Chief Judge Kimberly J. Mueller, with the filing of an Updated Joint Status Report due fourteen (14) days prior. The March Hearing will proceed by video conferencing through the Zoom application. The Courtroom Deputy will provide counsel with the hearing access information no less than 24 hours before the hearing. (Text Only Entry)(Schultz, C) (Entered: 01/17/2024) |
| 02/29/2024 | 47 | JOINT STATUS REPORT by Board of Trustees of the California State University, Vineeta Dhillon. (Karr, Adam) (Entered: 02/29/2024) |
| 03/07/2024 | 48 | NOTICE of APPEARANCE by Marni B. Robinow on behalf of Board of Trustees of the California State University, Vineeta Dhillon. Attorney Robinow, Marni B. added. (Robinow, Marni) (Entered: 03/07/2024) |
| 03/12/2024 | 49 | ORDER signed by Chief District Judge Kimberly J. Mueller on 3/12/24 ORDERING that 39 the motion to dismiss is GRANTED in PART with leave to amend: Claims 1-6 are and are dismissed with leave to amend. Claim 7 is dismissed with prejudice and without leave to amend as to defendant Dhillon. Claim 7 is dismissed with leave to amend as to CSU. This order resolves ECF No. 39 . Plaintiff must file any amended complaint within 21 days. The court VACATES the status conference set for 3/14/24 and RESETS it for 4/25/2024 at 02:30 PM in Courtroom 3 (KJM) before Chief District Judge Kimberly J. Mueller. (Kastilahn, A) (Entered: 03/12/2024) |
| 04/02/2024 | 50 | THIRD AMENDED COMPLAINT against All Defendants by Eric James Bagnall. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Sias, Jason) (Entered: 04/02/2024) |

# Exhibit "C"

| 04/16/2024 | 51 | MOTION to DISMISS by Board of Trustees of the California State University, Vineeta Dhillon. Motion Hearing set for 7/12/2024 at 10:00 AM in Courtroom 3 (KJM) before Chief District Judge Kimberly J. Mueller. (Attachments: # 1 Memorandum of Points And Authorities, # 2 Affidavit of Adam Karr) (Karr, Adam) (Entered: 04/16/2024) |
|---|---|---|
| 04/17/2024 | 52 | MINUTE ORDER issued by Courtroom Deputy C. Schultz for Chief District Judge Kimberly J. Mueller on 4/17/2024: On the court's own motion, the Status (Pretrial Scheduling) Conference set for 4/25/2024 is RESET for 7/12/2024 at 10:00 AM in Courtroom 3 before Chief District Judge Kimberly J. Mueller, with the filing of an Updated Joint Status Report due fourteen (14) days prior. (Text Only Entry) (Schultz, C) (Entered: 04/17/2024) |
| 04/30/2024 | 53 | OPPOSITION by Eric James Bagnall to 51 Motion to Dismiss,. (Sias, Jason) (Entered: 04/30/2024) |
| 05/10/2024 | 54 | REPLY MEMORANDUM in Support of 51 Motion to Dismiss by Board of Trustees of the California State University, Vineeta Dhillon. (Karr, Adam) Modified on 5/13/2024 (Licea Chavez, V). (Entered: 05/10/2024) |
| 06/28/2024 | 55 | JOINT STATUS REPORT by Board of Trustees of the California State University, Vineeta Dhillon. (Karr, Adam) (Entered: 06/28/2024) |
| 07/03/2024 | 56 | MINUTE ORDER issued by Courtroom Deputy C. Schultz for Chief District Judge Kimberly J. Mueller on 7/3/2024: Defendants' Motion to Dismiss Third Amended Complaint, ECF No. 51 , and the Status (Pretrial Scheduling) Conference set for hearing on 7/12/2024 at 10:00 AM is ADVANCED on the same date to 9:00 AM in Courtroom 3 before Chief District Judge Kimberly J. Mueller. (Text Only Entry) (Schultz, C) (Entered: 07/03/2024) |
| 07/08/2024 | 57 | MOTION to WITHDRAW as COUNSEL filed by Attorney Joseph Cannizzo, Jr. representing Plaintiff Eric James Bagnall. (Attachments: # 1 (Proposed Order) (Cannizzo, Jr., Joseph) (Docket Text Modified on 7/8/2024 by C. Nair, and on 7/10/2024 by C. Schultz) (Entered: 07/08/2024) |
| 07/10/2024 | 58 | ORDER Signed by Chief District Judge Kimberly J. Mueller on 07/10/2024 GRANTING 57 Motion to Withdraw as Attorney. IT IS ORDERED that Plaintiff's Counsel's Motion to Withdraw is hereby GRANTED, and attorney Joseph Cannizzo Jr. is terminated as counsel of record for the Plaintiff. (Andrews, P) (Entered: 07/10/2024) |
| 07/12/2024 | 59 | MINUTES for MOTION HEARING and SCHEDULING CONFERENCE held before Chief District Judge Kimberly J. Mueller on 7/12/2024. Plaintiff's Counsel, Jason Sias, present. Defendants' Counsel, Adam Karr, present. The court heard argument as to pending Motion to Dismiss, ECF No. 51 . After careful consideration of the parties' comments, the court ORDERED the parties to complete full meet and confer, and within 2 weeks file a Joint Status Report updating the court as to the outcome of their meet and confer as detailed on the record. The Joint Status Report should also advise the court if the parties are requesting further argument, an opportunity to file supplemental briefing, or further scheduling. The court is DEFERRING full case scheduling at this time. Court Reporter: Abby Torres. (Text Only Entry) (Schultz, C) (Entered: 07/12/2024) |
| 07/26/2024 | 60 | JOINT STATUS REPORT by Board of Trustees of the California State University, Vineeta Dhillon. (Karr, Adam) (Entered: 07/26/2024) |
| 07/31/2024 | 61 | MINUTE ORDER issued by Relief Courtroom Deputy E. Argento for Chief District Judge Kimberly J. Mueller on 07/31/2024: The court is in receipt of the parties' joint status report, ECF No. 60 . In light of the need for plaintiff's new attorney to obtain admission to the Eastern District of California and the parties' disagreement regarding whether further amendment of the complaint would be futile, the court DIRECTS the parties to file a |

Exhibit "C"

| | | supplemental joint status report no later than two weeks from the date of this order. (Text Only Entry) (Argento, E.) (Entered: 07/31/2024) |
|---|---|---|
| 08/09/2024 | 62 | [DISREGARD - ATTORNEY USED INCORRECT EVENT] DESIGNATION of COUNSEL FOR SERVICE. Added attorney John Matthew Schum for Eric James Bagnall, attorney Jason Obra Sias terminated (Schum, John) Modified on 8/13/2024 (Mendez Licea, O). (Entered: 08/09/2024) |
| 08/12/2024 | 63 | TRANSCRIPT REQUEST by Board of Trustees of the California State University, California State University Maritime, Vineeta Dhillon for proceedings held on 7/12/24 before Judge Kimberly J. Mueller. Court Reporter Abigail Torres. (Karr, Adam) (Entered: 08/12/2024) |
| 08/14/2024 | 64 | (DISREGARD; REFER TO ECF NO. 66 ) SUBSTITUTION of ATTORNEY - PROPOSED, submitted by Eric James Bagnall. (Schum, John) (Docket Text Modified on 8/15/2024 by C. Schultz) (Entered: 08/14/2024) |
| 08/14/2024 | 65 | TRANSCRIPT of Motion to Dismiss held on 7/12/24, before Chief District Judge Kimberly J. Mueller, filed by Court Reporter Abigail Torres, Phone number 916-930-4116 E-mail a.torres.reporting@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction must be filed within 5 court days. Redaction Request due 9/6/2024. Redacted Transcript Deadline set for 9/16/2024. Release of Transcript Restriction set for 11/15/2024. (Torres, A) (Entered: 08/14/2024) |
| 08/14/2024 | 66 | SUBSTITUTION of ATTORNEY - PROPOSED, submitted by Eric James Bagnall. (Attachments: # 1 Notice of Errata) (Schum, John) Modified on 8/15/2024 (Mendez Licea, O). (Entered: 08/14/2024) |
| 08/14/2024 | 67 | SUPPLEMENTAL JOINT STATUS REPORT by Board of Trustees of the California State University, Vineeta Dhillon. (Karr, Adam) Modified on 8/15/2024 (Mendez Licea, O). (Entered: 08/14/2024) |
| 08/20/2024 | 68 | MINUTE ORDER issued by Courtroom Deputy C. Schultz for Chief District Judge Kimberly J. Mueller on 8/20/2024: Plaintiff's Proposed Substitution of Attorney, ECF No. 66 , is GRANTED. Accordingly, Attorney John M. Schum is SUBSTITUTED as Counsel of Record for Plaintiff in place of Attorney Jason O. Sias. (Text Only Entry) (Schultz, C) (Entered: 08/20/2024) |
| 10/29/2024 | 69 | ORDER signed by Senior District Judge Kimberly J. Mueller on 10/29/24 GRANTING Plaintiff 14 days to file a supplemental brief of no more than five pages. (Licea Chavez, V) (Entered: 10/29/2024) |
| 11/13/2024 | 70 | SUPPLEMENTAL BRIEF filed by Eric James Bagnall. Attorney Evans, Jonathan Daniel added. (Evans, Jonathan) (Entered: 11/13/2024) |
| 11/13/2024 | 71 | [DISREGARD- COUNSEL TO REFILE] NOTICE of APPEARANCE by Jonathan Daniel Evans on behalf of Eric James Bagnall. (Evans, Jonathan) Modified on 11/14/2024 (Licea Chavez, V). (Entered: 11/13/2024) |
| 11/14/2024 | 72 | DECLARATION of Jonathan D. Evans re 70 Brief. (Evans, Jonathan) (Entered: 11/14/2024) |
| 11/14/2024 | 73 | EXHIBIT A and B by Eric James Bagnall re 70 Brief. (Attachments: # 1 Exhibit) (Evans, Jonathan) (Entered: 11/14/2024) |
| 11/26/2024 | 74 | SUPPLEMENTAL BRIEF in Opposition to 70 Request to file a Fourth Amended Complaint by Board of Trustees of the California State et al. (Karr, Adam) Modified on |

Exhibit "C"

| | | 11/27/2024 (Becknal, R.). (Entered: 11/26/2024) |
|---|---|---|
| 12/09/2024 | 75 | ORDER signed by Senior District Judge Kimberly J. Mueller on 12/6/2024 GRANTING 51 Motion to Dismiss and directing the clerk of court to close this case. CASE CLOSED. (Kyono, V) (Entered: 12/09/2024) |
| 12/09/2024 | 76 | JUDGMENT dated *12/6/2024* pursuant to order signed by Senior District Judge Kimberly J. Mueller on 12/6/2024. (Kyono, V) (Entered: 12/09/2024) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/06/2025 11:20:27 | | | |
| **PACER Login:** | lakatzesquire | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:23-cv-01606-KJM-CKD |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |

Exhibit "C"