UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**ERIC JAMES BAGNALL,**
     Plaintiff

   v.                                    **CASE NO. 2:23–CV–01606–KJM–CKD**

**CALIFORNIA STATE UNIVERSITY
MARITIME, ET AL.,**
     Defendant

    You are hereby notified that a Notice of Appeal was filed on **January 07, 2025** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

January 8, 2025

                            **KEITH HOLLAND
                            CLERK OF COURT**

                    **by:** /s/  A. Benson
                           Deputy Clerk