**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
**501 "I" Street**
**Sacramento, CA 95814**

TO:        **CLERK, U.S. COURT OF APPEALS**

FROM:        **CLERK, U.S. DISTRICT COURT**

SUBJECT:    **NEW APPEALS DOCKETING INFORMATION**

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **2:23–CV–01606–KJM–CKD** |
| USDC Judge: | **SENIOR DISTRICT JUDG KIMBERLY J. MUELLER** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **ERIC JAMES BAGNALL vs. CALIFORNIA STATE UNIVERSITY MARITIME** |
| Type: | **CIVIL** |
| Complaint Filed: | **2/8/2023** |
| Appealed Order/Judgment Filed: | **12/9/2024** |
| Court Reporter Information: | **A. Torres** |

FEE INFORMATION

**Fee Status: Paid on 1/7/2025 in the amount of $605.00**

Information prepared by: /s/  **A. Benson , Deputy Clerk**